[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 23, 2002
THOMAS K. KAHN
CLERK

No. 01-11998

ANDREW J. WAGNER,

Plaintiff-Appellant,

versus

DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION,
JACK MOSLER, GEORGE VALENCIA,
DAVID O'DELL, DONALD ADAMS, et al.,

Defendants-Appellees.

--------------------------
Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

(Opinion April 23, 2002, 289 F.3d. 1268, 11th Cir. 2002)

(July 23, 2002)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

_____
*Senior U. S. Circuit Judge Emmett R. Cox has elected not to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).